**WO**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

Kiraco 2,

Plaintiff,

v.

Westside Distributions LLC, et al.,

Defendants.

No. CV-25-01685-PHX-MTL

**ORDER**

Before the Court is Defendant's Emergency Motion for Partial Reconsideration of the Court's Discovery Order, Temporary Stay, and Protective Order (Doc. 61). Good cause appearing,

**IT IS ORDERED** that Defendant's Emergency Motion (Doc. 61) is **GRANTED in part**. The deadline imposed in the Court's Discovery Order (Doc. 60) is stayed, **ONLY** as to Defendant's response to Plaintiff's Request for Production 8, pending further order from this Court. The remainder of Defendant's Emergency Motion (Doc. 61) remains pending.

**IT IS FURTHER ORDERED** that Plaintiff must respond to Defendant's Emergency Motion no later than **Tuesday, November 24, 2026**. In its response brief, Plaintiff must indicate whether it is amenable to Defendant's proposed alternative method of production described in Section III.D.3 of Defendant's Emergency Motion.

. . . .

. . . .

**IT IS FINALLY ORDERED** that the Court's Discovery Order (Doc. 60) is affirmed in all other respects.

Dated this 20th day of November, 2026.

Michael T. Liburdi

Michael T. Liburdi
United States District Judge